# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 24, 2012

## Before

FRANK H. EASTERBROOK, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| **No**.   11-3291 | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| VICTOR GEORGE, *Plaintiff-Appellant*, | |
| **v.** | No. 1:10-cv-0220-JMS-MJD |
| JUNIOR ACHIEVEMENT OF CENTRAL INDIANA, INC., *Defendant-Appellee*. | Jane E. Magnus-Stinson, *Judge*. |

## Order

Defendant-appellee filed a petition for rehearing on September 18, 2012. All of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

The slip opinion of this court issued on September 4, 2012, is amended by replacing the final sentence of the only full paragraph at page 2, which now reads "Junior Achievement now concedes that George was entitled to withdraw the funds when he did, but it did not rescind his discharge.", with this language: "Junior Achievement did not rescind his discharge."